W.W.

v.

M.W.

**Appeal of: M.W.**

**584 MDA 2017**

Superior Court of Pennsylvania.

08/24/2017

15–03514 (Berks)

Affirmed

COM.

v.

MCLAURIN, K.

**1686 WDA 2016**

Superior Court of Pennsylvania.

08/24/2017

CP–25–CR–0001498–2016
(Erie)

Quashed

IN RE: A.K.W.

**Appeal of: M.W., Jr.**

**657 MDA 2017**

Superior Court of Pennsylvania.

08/24/2017

2012 of 2016
(Lancaster)

Affirmed

COM.

v.

GARCIA, B.

**3669 EDA 2015**

Superior Court of Pennsylvania.

08/25/2017

CP–51–CR–0014202–2013
(Philadelphia)

Affirmed